AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
WILLIAM KENNETH STEWART )    Case No.  11-8354-LRJ
)
)
)

Defendant(s)

FILED by _____ D.C.
SEP 14 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 1, 2011 - September 6, 2011   in the county of   Palm Beach   in the   Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of child pornography. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
Complainant's signature

Charles Ramos
Printed name and title

Sworn to before me and signed in my presence.

Date:   09/14/2011

_____
Judge's signature

City and state:   West Palm Beach, Florida     LINNEA R. JOHNSON, UNITED STATES MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT OF
## DETECTIVE CHARLES F. RAMOS
## BOYNTON BEACH POLICE DEPARTMENT

I, Detective Charles F. Ramos, after being duly sworn, depose and state:

1.   I am a Detective with the Boynton Beach Police Department. I am currently assigned to the Criminal Investigations Division. I have been employed with the Boynton Beach Police Department since 2001. I have been a Detective with the Boynton Beach Police Department since 2007. I am currently assigned to investigate cases involving the sexual exploitation of children. These investigations include the utilization of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of search, arrest and seizure warrants. I have also received training on the aforementioned investigations through various training throughout the United States, including courses given by the Department of Justice. In 2008, I was assigned as a Task Force member to the South Florida Internet Crimes Against Children Task Force. Since that time, I have participated in approximately two hundred and fifty investigations involving child exploitation on the internet and child pornography distribution investigations on the internet. I am also an instructor with the Boynton Beach Police Department in child sexual abuse investigations.

1

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code, Section 2252, *et seq*.

3. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein. I have personally participated in the investigation of the offenses referred to herein, and because of my personal participation in this investigation and reports made to me by members of the participating law enforcement agencies; I am familiar with the facts and circumstances of this investigation. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation through various training schools. I have assisted in several child pornography and child exploitation investigations which have involved reviewing examples of child pornography in all forms of media, including computer media,

and I have discussed and reviewed these materials with other law enforcement officers.

4. The facts pertaining to this case have been investigated by me and some relayed to me by other members of law enforcement in the state of Florida.

5. Although I am familiar with the full breadth of the facts and circumstances of this investigation, I have not included in this affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for this Court to authorize the arrest of William Kenneth Stewart.

6. This affidavit is made in support of a criminal complaint charging William Kenneth Stewart with a violation of Title 18, United States Code, Section 2252(a)(2), that is, distribution of child pornography.

7. All communications between me and the suspect were digitally preserved.

8. On July 11, 2011, at 1:30 p.m., I was working in an undercover capacity online looking for people who were distributing child pornography in Palm Beach County, Florida. I queried the Boynton Beach Police Department Child Protection System database and found an Internet Protocol address that had been logged into for several months. This IP address was

3

sharing child pornography.

9. I used publicly available websites to find the owner of IP address 99.10.211.46. I discovered that the IP address was owned by AT&T Internet Services. Over the next few weeks, July 11, 2011 to September 03, 2011, I used an undercover investigative software program on the "E Donkey" file sharing network via the internet to download child pornography files from IP address 99.10.211.46.

10. I downloaded four (4) video files from IP address 99.10.211.46. The following child pornography images and videos were downloaded by me from the suspect's computer:

**File name "Preteen- Pedo Vicky & Danie.mpg"** described as follows: this is a video of a prepubescent girl approximately 11 years old that undresses to be fully naked with her vagina showing. The child walks to an adult male that is standing next to her and unzips his pants and removes his penis from his pants. The child is then directed to place the penis in her mouth and starts to suck on the penis.

**File name "Kimmy (((kingpass))) Newest - st. petersburg02 g12 Nd.avi"** described as follows: A female child under the age of 14 standing fully naked. The child sits on the floor naked as the camera zooms in on her vagina. The child is told to spread her legs and then her vagina. The child then stands up and turns around and bends over to show her rectum.

**File name "pthc) - webcam - 9yo Tiffany.mpg"** described as follows: A prepubescent female child under the age of 10 sitting in a computer chair. The child pulls her pants down in front of a computer web camera and exposes her vagina.

4

The child then begins to spread her legs and vagina apart in front of the camera. The child begins to rub her vagina in front of the camera.

**File name "(Pthc))liluplanet)(lordofthering) mod 26 - secret cam.avi"** described as follows: an female of an unknown age lies on a bed fully naked as she rubs her vagina. Her breast development appears small but it cannot be determined, based upon your Affiant's training and experience that the female is under the age of 18. It appears that there is a hidden camera in the room video recording her.

The first three videos are each considered child pornography pursuant to Title 18, United States Code, Section 2256.

11. I sent a subpoena to AT&T Internet services for subscriber information on the person using IP address 99.10.211.46 from June 1, 2011 to September 6, 2011.

12. On September 8, 2011, I received a response from AT&T Internet Services stating that IP 99.10.211.46 was assigned to customer Ken Stewart, 1401 Apartment 1522 Village Blvd., West Palm Beach, FL 33470.

13. Between July 11, 2011 and September 03, 2011, I successfully downloaded from the suspect several videos of child pornography.

14. On September 08, 2011, I obtained a State of Florida search warrant from Judge Sheree Cunningham, Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

15. On September 08, 2011 at 8:30 p.m., I executed the search warrant at 1401 Village Blvd Apartment 1522, West Palm

5

Beach, Florida.

16. Upon entry inside the home, I found William Kenneth Stewart home alone. In the living room area, I saw two computers that were powered on and running. On the computer screens I saw child pornography videos that were being downloaded by a peer to peer program running on Stewart's computers.

17. I read Stewart his *Miranda* rights and he agreed to give a statement. I took a tape recorded statement from Stewart. Stewart stated that he lives alone and that he has lived in his apartment for 4 to 5 years. Stewart stated that he has two working computers in the living room area. Stewart stated that his computers are password protected and that he is the only person who knows the passwords. I told Stewart that I saw his computer running a peer to peer program and he stated, "I guess so." Stewart stated that he was a chief engineer and that he has a Ph.D. I handed Stewart a copy of the search warrant and asked him about the child pornography on his computer. Stewart then invoked his right to an attorney. I terminated the interview.

18. Det. Mammarella, a computer forensic examiner with the Boca Raton Police Department, conducted a forensic preview of Stewart's external hard drives. Det. Mammarella found over

20,000 images and videos depicting child pornography.

FURTHER SAYETH NAUGHT.

_____
CHARLES R. RAMOS
Detective
Boynton Beach Police Department


Sworn and subscribed to before me in Chambers in West Palm Beach, Florida on this ____14____ day of September 2011.

_____
LINNEA R. JOHNSON
United States Magistrate Judge

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-8354-LRJ

UNITED STATES OF AMERICA

vs.

WILLIAM KENNETH STEWART

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
Rinku Tribuiani
Assistant United States Attorney
Florida Bar No. 150990
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel: (561) 820-8711
Fax: (561) 805-9846