**SEALED**

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

2011 SEP 14  AM 11 33     Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   11-8354-LRJ |
| WILLIAM KENNETH STEWART | ) | |
| *Defendant.* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    William Kenneth Stewart                                    ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ☑ Complaint

❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

Distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2).

Date:  *9-14-11*

*Issuing officer's signature*

City and state:   West Palm Beach, Florida

Linnea R. Johnson, United State Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* *9-14-2011*, and the person was arrested on *(date)* *9-21-2011* at *(city and state)* *West Palm Beach FL*. |
| Date:  *9-21-2011* |
| *Arresting officer's signature* |
| David Perez   DEO |
| *Printed name and title* |

2162799                    1104 0916 5533-J

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 11-8354-LRJ

### BOND RECOMMENDATION

DEFENDANT: WILLIAM KENNETH STEWART

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Rinku Tribuiani

Last Known Address: _____

_____

_____

What Facility:          _____

_____

Agent(s):          Detective Charles F. Ramos
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)