**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.   **11-80177 CR RYSKAMP**

**UNITED STATES OF AMERICA**
           **Plaintiff,**

                                          Amended

                                   **NOTICE OF SENTENCING**

**vs.**

**William Stewart**

                    **Defendant**
                                        /

TO:  DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

        By direction of the **Honorable  Kenneth L. Ryskamp**                         , United States District Judge,
**YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Southern District of Florida on
July 12, 2012 at 9:00 AM.                      for imposition of sentence.  On that date, report to:

701 Clematis Street, West Palm Beach, Florida 33401          Courtroon No.:  1

where sentence will be imposed.  You will receive no further notice.

        If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that
failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime
Control Act (18 U.S.C. Sec. 3146).

        **IT IS FURTHER ORDERED** that a Presentence Investigation and Report (PSI) to this Court will be
completed.  DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES
PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS.  IF ON
BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

        **IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall immediately provide the U.S. Probation
Department with the necessary information to prepare the Prosecution version of the Presentence Report.
The court recommends that the defendant remain at the Palm Beach County Jail
until March 30, 2012.                    STEVEN M. LARIMORE
                                         COURT ADMINISTRATOR•CLERK OF COURT

                                  By:  Katie Brophy

                                              Deputy Clerk

DATE: March 9, 2012

COUNSEL FOR DEFENDANT: Dean Wilbur, Esq.

DEFENDANT: William Stewart

        ☒ GUILTY PLEA        ☐ BOND              TO COUNTS:

        ☐ TRIAL              ☐ FEDERAL CUSTODY

                            ☐ STATE CUSTODY      OF TOTAL COUNTS:

                            ☐ U.S.M. CUSTODY     AUSA: Rinku Tribuiani,  AUSA

cc: U.S. Attorney
    U.S. Marshal
    U.S. Probation Office
    Defense Counsel
    Defendant