| | | | |
|---|---|---|---|
| Case Name: | US v William Kenneth Stewart | Conviction Date: | 03/09/2012 |
| Docket#: | 11-80177-Cr-Ryskamp | Request Date: | 04/17/2012 |

To whom it may concerns

I apologize for not being there today my work in California has kept me there longer than I expected, but I wanted my voice to be heard all the way across this country. I can't begin to tell you how this situation effected myself and my family, there are so many effected, truth, responsibility and justice are words thrown around every home and school around this country, what do they really mean, How do you tell a child whose been manipulated, terrorized and victimized that everything would be ok, how do you tell that same child, tell the truth and justice will avail and the person responsible will pay for there action, when the person is still manipulating and victimizing from jail using court system. As the law has it set Mr. Martin has more rights than my children, I find this really troubling, I could not believe what I was hearing when the district attorney called to tell me Martin had wanted to take the plea agreement that had stood from day one day two there should have been no deal on the table anymore, for my self hearing 50 years was like a slap on the face as to everything I have taught to my children since they were young. With truth justice will prevail I don't think any of us think 50 years as justice. Regardless of the demise of these monsters in this case. With a 50 years sentence, the thought in Mr. Martin's head must be someday I could still get out. The authorities should not have allowed that thought to have entered his head.

I know with time, counseling and the love of their families all the people affected by this will move on with their lives – Mr. Martin has not won. I pray that anyone investigating, prosecuting, or judging this case never has to hear from a child close to him or her, that someone has sexually assaulted him or her. It leaves a knot in your stomach and a hole in your heart that can never be fixed, anyone who says they understand how you feel, and has never had a child close to them sexually assaulted, can't even imagine until it happens to you, you have no idea. I don't know if a thousand years would make me feel like justice has been served. But for the crimes that Mr. Martin has committed 50 years seems like a slap on the wrist, Mr. Martin has hasn't just taken the hope and dreams of 12 children and how many more that have not come forward. He has taken the hopes and dreams of our future and for that no amount of time could be justice enough.

All I can hope is Mr. Martin gets his justice in prison. I thank the court for the time at least to be heard and I hope the court decides 50 years is not enough and sentences Mr. Martin to a harsher, tougher sentence that sends a

| | | | |
|---|---|---|---|
| Case Name | US v. William Kenneth Stewart | Conviction Date | |
| Docket#: | 11-80177-Cr-Ryskamp | Request Date: | 04/17/2012 |

message to all offenders like him that they cannot get away with this kind of behavior.

███████ Family

Parent of children depicted in "Dalmatians" Series