Case Name:   US v William Kenneth
Stewart

Conviction Date:   03-09-2011

Docket#:   11-80177-Cr-Ryskamp

Request Date:   04/17/2012

### Victim Impact Statement for the School-Aged Child

What is your name? �â–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆ

How old are you? 12        What grade are you in? 7

Please explain briefly what led to you originally being victimized or assaulted. You can continue on another piece of paper, if necessary, to answer this or any other question.

I mett him at the fair and
the next yea we mett through
a friend. hanguout at his house
he told the other kids to get
us invalved

Explain how your life has been affected by having images of your victimization viewed and downloaded by others from the internet and from knowing this is likely to continue occurring.

makes me feel embaressed
don't really tell any body
don't like to talk to Police

What sentence would you like a judge to order for someone caught sending, receiving or possessing sexually explicit pictures of you?

humped to deth by a
horse and make the get
aids
and die

Case Name:   US v William Kenneth Stewart          Conviction Date:   03/26/2012

Docket:   11-80177-Cr-Ryskamp          Request Date:   04/17/2012

Describe any psychological or emotional long term effects that have occurred, and/or you expect will continue to occur, as a result of the defendant sending, receiving or possessing sexually explicit pictures of you.   Don't have any

Is there anything else you would like the judge to know about how you feel because of what has happened to you?   that they all should get hump by a horse and get aids and get std# and all the other kinds of sicknessis in the world

Victim depicted in "Dalmatians" series